IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


DWAYNE SMILEY,

    Plaintiff,

v.                                                   5:13cv323-WS

BOBBY LEE,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed November 7, 2014.  See Doc. 18.  The magistrate judge recommends that the defendant's motion for failure to exhaust administrative remedies be denied but that the case be dismissed for failure to state a claim upon which relief may be granted.  The plaintiff has filed no objections to the magistrate judge's report and recommendation.

    Having considered the record, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 18) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion (doc. 15) to dismiss for failure to exhaust administrative remedies is DENIED.

3. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this __9th__ day of __January__, 2015.

                    s/ William Stafford  
                    WILLIAM STAFFORD  
                    SENIOR UNITED STATES DISTRICT JUDGE